NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE OHIO WILLOW WOOD COMPANY,**
*Plaintiff/Counterclaim Defendant-Appellant,*

v.

**THERMO-PLY, INC.,**
*Defendant/Counterclaimant-Cross Appellant,*

AND

**COASTAL LINERS, LLC,**
*Counterclaimant-Appellee.*

---

2010-1119, -1269

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0274, Judge Ron Clark.

---

## ON MOTION

---

## O R D E R

Upon consideration of Thermo-Ply, Inc.'s unopposed motion for an extension of time, until April 22, 2011, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard E. Fee, Esq.
     Jeffrey S. Standley, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2011

JAN HORBALY
CLERK